UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Brook Mallak,

        Plaintiff,

                              AMENDED
vs.                      SETTLEMENT CONFERENCE ORDER

Aitkin County, et al.,

        Defendants.      Court File No. 13-cv-2119 (DWF/LIB)

* * * * * * * * * * * * * * * * *

Pursuant to a telephone conference of today's date with counsel of record and the undersigned's Judicial Assistant, the Settlement Conference in the above-entitled matter is rescheduled for **Friday, May 30, 2014, at 10:00 o'clock a.m.**, before Magistrate Judge Leo I. Brisbois, in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse, 515 W. First St., Duluth, Minnesota.

Counsel who <u>will actually try the case</u> and <u>each party, armed with full settlement discretion</u>, shall be present in person. If individuals are parties to this case, they shall also be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present in person.

The parties shall note that the Settlement Conference will not be terminated to accommodate any travel plans. If needed, hotel reservations should be made in advance of the Conference to accommodate continuing settlement efforts that extend past the usual business hours.

In order to encourage the parties to address the issue of settlement on their own, counsel for all parties must confer in person at least ten (10) days prior to the date of the Settlement Conference, to engage in a full and frank discussion of settlement. If the case does not settle, each attorney shall submit to the undersigned, at least one (1) week before the date of the Settlement Conference, a confidential letter setting forth the parties' respective settlement positions before the meeting, their respective positions following the meeting and a reasoned, itemized analysis justifying their client's last stated settlement position. **This letter shall be submitted to the undersigned by e:mail to the following address**: **brisbois_chambers@mnd.uscourts.gov**. Failure of any lawyer to submit this letter will result in the Settlement Conference being rescheduled and the imposition of an appropriate sanction on the attorney whose failure caused the Conference to be postponed. Additional sanctions may be imposed for failure to comply with any of the other foregoing instructions.

BY THE COURT:

DATED: April 11, 2014

s/Leo I. Brisbois
Leo I. Brisbois
U.S. MAGISTRATE JUDGE