UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brook Mallak,  Civil No. 13-2119 (DWF/LIB)

          Plaintiff,

v.  **ORDER FOR DISMISSAL WITH PREJUDICE**

Aitkin County, et al.,

          Defendants.

The above-entitled action having been fully resolved on settlement between Plaintiff and Defendants Crow Wing County, Tyler Burke, Amy Edberg, Derek LaVoy, and Ilissa Ramm and having entered into a Stipulation of Dismissal With Prejudice, (Doc. No. [462]),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Crow Wing County, Tyler Burke, Amy Edberg, Derek LaVoy, and Ilissa Ramm are **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney fees.

Dated: December 5, 2017        s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge